[No. 16665-8-II.   Division Two.   May 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK GUY
WORKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-1-00682-1, Robert L. Harris, J., entered November 23, 1992. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Houghton, A.C.J., and Morgan, J.